UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JENNIFER M.C.,

                              Plaintiff,                      1:23-cv-01536 (BKS/CFH)

v.

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
_____

**Appearances:**

*For Plaintiff:*
Justin M. Goldstein
Law Offices of Kenneth Hiller
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226

*For Defendant:*
Carla Freedman
United States Attorney
Jason P. Peck
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

      Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Commissioner of Social Security's denial of her applications for Disability Insurance Benefits. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Christian F. Hummel for a Report-Recommendation. (Dkt. No. 4); Local Rule 73.2(d). On October 24, 2024, after reviewing the parties' briefs, (Dkt. Nos. 10, 12, 13), and the Administrative Transcript, (Dkt. No. 7), Magistrate Judge Hummel issued a Report-Recommendation recommending that Plaintiff's Motion for

Judgment on the Pleadings be granted and that the matter be remanded to the Commissioner for further proceedings. (Dkt. No. 14). Magistrate Judge Hummel advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 14, at 22 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e))). No objections were filed.

    The Court reviews de novo those portions of the Magistrate Judge's findings and recommendations that have been properly preserved with a specific objection. *Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); 28 U.S.C. § 636(b)(1)(C). Findings and recommendations as to which there was no properly preserved objection are reviewed for clear error. *Id.* Neither of the parties has raised any objection to Magistrate Judge Hummel's Report-Recommendation. The Court has reviewed the Report-Recommendation for clear error and found none.

    For these reasons, it is hereby

    **ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 14) is **ADOPTED** in all respects; and it is further

    **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 10) is **GRANTED**; and it is further

    **ORDERED** that the Commissioner's Motion for Judgment on the Pleadings (Dkt. No. 12) is **DENIED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

Dated: December 10, 2024
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge